UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

REYNA CASTRO CANAHUI,                                            Petitioner,

v.                                                  Civil Action No. 4:26-cv-166-DJH

JASON WOOSLEY, Jailer, Grayson County
Detention Center et al.,                                        Respondents.

\* \* \* \* \*

## ORDER

The Court recently granted in part Petitioner Reyna Castro Canahui's motion to enforce the Court's prior Order relating to her removal proceedings.  (Docket No. 15; *see* D.N. 11)  The Court ordered Respondents to provide Castro Canahui with a bond hearing pursuant to 8 U.S.C. § 1226(a) and file a notice of compliance by July 16, 2026.  (D.N. 15, PageID.377)  Respondents filed a status report stating that an immigration judge granted Castro Canahui voluntary departure from the United States and ordered that she be removed by July 13, 2026.  (*See* D.N. 16, PageID.378; D.N. 16-1, PageID.381–84)  Castro Canahui has since been removed from the country.  (D.N. 17)  "[T]o the extent that [Castro Canahui] challenges h[er] detention pending removal, h[er] release from custody" and removal from the United States render this action moot. *Ventura-Pineda v. Sec'y, Dep't of Homeland Sec.*, No. 1:18-cv-570, 2019 WL 3227980, at \*2 (S.D. Ohio July 17, 2019) (citation omitted); *see Zhen v. Doe*, No. 3:25-CV-2812, 2026 WL 941577, at \*1 (N.D. Ohio Apr. 7, 2026).  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

ORDERED as follows:

(1)     The Court's July 9, 2026 Memorandum and Order requiring Respondents to provide Castro Canahui with a bond hearing (D.N. 15) is **VACATED**.

(2)     This matter is **DISMISSED**, **STRICKEN** from the Court's docket, and **CLOSED**.

July 14, 2026

**David J. Hale, Chief Judge**
**United States District Court**

1